MELISSA HOLYOAK, United States Attorney (#9832)
BRIAN WILLIAMS, Assistant United States Attorney (#10779)
Attorneys for the United States
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>JOSE ORNELAS | CASE NO. 2:26-mj-00763 DBP<br><br>AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE<br><br>Magistrate Judge Dustin Pead |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Jonathan Norman, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND OFFICER BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search of an individual, who is more fully described in Attachment A, and the seizure of items from that individual, more fully described in Attachment B.

2. I began my career in law enforcement in January 2014 as a corrections officer for the Salt Lake County Sheriff's Office. I served as a police officer for the West Valley City Police Department from October 2016 to September 2018, and I am currently employed as a detective with the Salt Lake City Police Department (SLCPD), assigned to the Gang Unit. In that capacity, I have conducted numerous investigations related to violent gangs,

narcotics, and firearms, to include support for investigations involving violations of federal law under Title 18 of the United States Code. Recently, I was credentialed as a Task Force Officer (TFO) with the Federal Bureau of Investigation's

Safe Streets Task Force in Salt Lake City, Utah. Based on my training and experience, I am familiar with some matters involving forensic evidence, such as buccal swabs taken to evaluate DNA evidence.

3. The statements in this affidavit do not contain all known information but rather only those facts believed necessary to establish probable cause for this search warrant. I am familiar with the facts and circumstances set forth herein based on a review of official reports and records, conversations with other law enforcement officers directly investigating or involved in the investigation, and a review of the physical evidence recovered from the investigation.

## RELEVANT STATUTE

4. The offense being investigated is a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. The elements of the offense are as follows:

- The defendant knowingly possessed a firearm;
- The defendant was convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, before he possessed the firearm;
- The defendant knew he was convicted of a felony at the time he possessed the firearm; and
- Before the defendant possessed the firearm, the firearm had moved at some time from one state to another.

## PROBABLE CAUSE

5. On 09/05/2026, the Salt Lake City Police Department was called to respond to 924 W 900 S. in Salt Lake City, UT. Police spoke first on scene to Victim 1, who told police that he had been performing mechanic work at the residence and was working on a vehicle belonging to Witness 1 when he was told that Witness 1's boyfriend, identified as JOSE ORNELAS, was coming to the house to "shoot him". Victim 1 told officers that

he wanted to protect himself and was going to retrieve a weapon when ORNELAS arrived at the house and walked toward Victim 1. Victim 1 said that was when ORNELAS grabbed him by the throat and pointed a black pistol at Victim 1's head while saying "Why haven't you given my girlfriend her car already?". Another witness on scene, Victim 2, was working on vehicles at the property when Victim 2 heard loud yelling and ran to see ORNELAS holding Victim 1 by the neck and pointing the black pistol at Victim 1. Victim 2 told Officers that was when ORNELAS told her to "shut up" before pointing the black pistol in the air and discharging it, then running away on foot. Officers contacted an additional witness, identified as Victim 3, who confirmed the same details as provided by Victim 1 and Victim 2 for the incident. Victim 3 observed ORNELAS wearing all blue clothing when he approached Victim 1, pointed the firearm at him and discharged it.

6. The Salt Lake City Police Department was called and responded to the house where the shooting happened. Officers canvassed the scene and located a spent .40 caliber Smith and Wesson C.B.C casing in the roadway in front of the residence of 924 W 900 S, Salt Lake City, Utah, 84104. Officers obtained a phone number for Witness 1 and attempted to contact her by phone as they were arriving at her residence in Millcreek, Utah, but were unsuccessful. Officers attempted to locate ORNELAS at several locations but were unsuccessful. Officers obtained information from local police records that indicated ORNELAS may be in possession of a black Infiniti G35 passenger car with Utah license plate G449UK. Officers believed he could be driving the vehicle. Officers observed a black Infiniti G35 possessing a different plate of D427X7 backed into a stall near the residence but could not determine if there was a connection between ORNELAS and that

vehicle. Officers were unable to locate ORNELAS at the time. Officers believed that due to his actions on September 5, 2026 ORNELAS was in violation of 18 U.S. Code § 922(g)(1), Felon in Possession of a Firearm.

7. At the time of the shooting ORNELAS was on supervised release in case 18-cr-00350. This Court issued a warrant of arrest on September 5, 2026, for ORNELAS for alleged violations of his Supervised Release conditions, including committing a new felony offense. The United States Marshal Service ("USMS") began investigating in an attempt to arrest ORNELAS on his outstanding warrant. The USMS investigation led them to an address in Millcreek, Utah, where ORNELAS was believed to live. On September 10th, 2026, at approximately 10:00 p.m. Deputy Marshals observed an individual they recognized as ORNELAS parking his vehicle in a garage located at the Millcreek address. Deputy Marshals recognized him from photos they reviewed of him as part of the investigation. Also ORNELAS was parking the vehicle he reported to United States Probation, which was a Black Infiniti M35X bearing Utah Temp tag NA0H970365. The address was where Witness 1 was residing. On September 11, 2026, Deputy Marshals observed ORNELAS exit the house with a child at approximately 08:22 a.m. ORNELAS appeared to use a key to lock the door and then he proceeded to the garage where he used a code to open the garage door. ORNELAS then left in the Black Infinity M35X.

8. This court issued a search warrant for the house where the USMS believed ORNELAS was located. Deputy Marshals served the warrant and were able to find and arrest ORNELAS. During the search of the residence, Witness 1 told Deputy Marshals that she had seen ORNELAS with a firearm and said it was inside of a backpack, but the firearm was not found. Federal Probation was also on scene and they conducted a search of

ORNELAS' Black Infinity M35X and the address where ORNELAS told his probation officer he was living in. Federal probation located a black backpack inside of his room and near a pill bottle possessing ORNELAS' name. Inside the black backpack was a .40 caliber Smith and Wesson FEDERAL brand cartridge.

9. On September 18, 2026, Deputy Marshals received information from ORNELAS' jail phone calls that his brother was attempting to retrieve a black bag from Witness 1's residence that contained the firearm that ORNELAS had used for the shooting. Deputy Marshals went back to the address they had previously searched. Witness 1 had found the gun when she was cleaning up after the search warrant in a black bag in the garage. Witness 1 signed a consent form allowed Deputy Mashals to enter the house and obtain the black bag which possessed a black .40 caliber Sig Sauer P239 Serial Number SA4107220. ORNELAS is in custody in the Salt Lake County Jail in the District of Utah with a listed residence in Magna.

10. Based on my training and experience, I know that DNA, or deoxyribonucleic acid, carries identifying genetic information. DNA is contained in nearly every cell of the human body and can be transferred when an individual comes into contact with a physical object, such as a firearm. DNA left on physical objects can later be compared to DNA samples taken from specific individuals. DNA can be collected using a variety of methods, including by swabbing the inner cheek of an individual's mouth (i.e. a buccal swab). This is a minimally invasive process and, with the cooperation of the individual, can usually be completed within minutes.

11. Based on the facts and circumstances described herein, I submit there is probable cause to believe that the items described in Attachment B, taken from the person of JOSE

ORNELAS, more fully described in Attachment A, will contain evidence of a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. I therefore respectfully request that the attached warrant be issued. Additionally, due to the minimally invasive nature of the requested search, which is limited in both scope and time, I also request authorization to execute this warrant at any time in the day or night.

12. The foregoing information is true and correct to the best of my knowledge and belief.

DATED this 21st day of September, 2026.

__*/s/ Jonathan Norman* ______________
JONATHAN NORMAN
Task Force Officer
FBI Safe Streets Task Force

SUBSCRIBED and SWORN before me this 21st day of September, 2026.

HONORABLE DUSTIN PEAD
United States Magistrate

**ATTACHMENT A**
**(Person to be Searched)**

The person of JOSE ORNELAS, DOB 08/01/1989, SSN 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, further described as a Hispanic male, approximately 5'10" and 160 pounds, believed to be in custody at the Salt Lake County Jail located within the District of Utah.



# ATTACHMENT B
## (Evidence to be Seized)

The following items that constitute evidence of a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, by JOSE ORNELAS on or about dates between September 5, 2026 and September 14, 2026:

- DNA via four (4) oral buccal swabs